# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RAVENNA BUTLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CONN APPLIANCES, INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. <br> 5:18-cv-205-D |

## ORDER

This matter is before the Court on the Joint Motion to Stay Pending Arbitration. By submission of this Order for entry, the Parties consent to its entry and the Court being fully advised in the premises hereby:

ORDERS, ADJUDGES, AND DECREES that:

1. This proceeding is hereby STAYED.

2. This matter shall be submitted for arbitration with American Arbitration Association (hereinafter "AAA"), in accordance with the terms of the parties' Arbitration Agreement.

3. Defendant will bear the fees charged by AAA, the Administrator and the Arbitrator required to be paid by Defendant by the terms of the Arbitration Agreement.

4. This proceeding is hereby REFERRED to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and the terms of the Arbitration Agreement between the Parties.

**SO ORDERED.** This ___5___ day of June 2018.

*/s/ A. Dever*
JAMES C. DEVER III
Chief United States District Judge